UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

13 JUN -4 PM 1:06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>OMEGAR LOPEZ-HERNANDEZ (1),<br><br>                  Defendant. | CASE NO. 00CR0288-BEN<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

    TITLE 21 U.S.C. 952 and 960; TITLE 21 U.S.C. §846 and 841(a)(1);

    Title 21 U.S.C. 841(a)(1).

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 16, 2013

                                          Hon. Roger T. Benitez
                                          U.S. District Judge